Case 3:14-cv-04876-MLC-DEA   Document 1-2   Filed 08/01/14   Page 1 of 1 PageID: 12

AO 120 – modified for 9 Patents

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **DISTRICT OF NEW JERSEY** on the following ___ Trademarks or _X_ Patents. (___ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>**August 1, 2014** | U.S. DISTRICT COURT<br>**District of New Jersey, Trenton Division** |
|---|---|---|
| PLAINTIFF<br><br>**SIMON NICHOLAS RICHMOND** | | DEFENDANT<br><br>**IMPORT SPECIALTIES, INC. D/B/A HEARTLAND AMERICA** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. D554,284 | 10/30/2007 | **SIMON NICHOLAS RICHMOND** |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**